# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

      v.                                                      Crim. No. 5:15-CR-133-1F

Thomas James Roman

      On April 11, 2014, the above named was placed on supervised release for a period of four years. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                  Respectfully submitted,

/s/Michael C. Brittain                                  /s/Timothy L. Gupton  
Michael C. Brittain                                         Timothy L. Gupton  
Senior U.S. Probation Officer                         U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this _____12_____ day of _____July_____, 2016.

                                                              _____  
                                                              James C. Fox  
                                                               Senior U.S. District Judge